**SET ASIDE AND REMAND and Opinion Filed August 11, 2023**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-23-00364-CV

**BDR 2012 HOLDING COMPANY, LLC,
ROBERTS TRUCK CENTER, LTD., AND
BDR PREFERRED HOLDINGS, LLC, Appellants
V.
SUMMIT TRUCK GROUP, LLC, Appellee**

**On Appeal from the 44th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-22-03591**

## MEMORANDUM OPINION

Before Justices Partida-Kipness, Reichek, and Miskel
Opinion by Justice Reichek

Before the Court is the parties' joint motion for disposition of the appeal pursuant to their settlement agreement. We grant the motion and, pursuant to their settlement agreement, set aside the trial court's judgement without regard to the merits and remand the case to the trial court for rendition of a joint order of dismissal with prejudice of all of the parties' claims against one another. *See* TEX. R. APP. P. 42.1(a)(2)(B).

/Amanda L. Reichek/
AMANDA L. REICHEK
JUSTICE

230364F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

BDR 2012 HOLDING COMPANY, LLC, ROBERTS TRUCK CENTER, LTD., AND BDR PREFERRED HOLDINGS, LLC, Appellants

No. 05-23-00364-CV      V.

SUMMIT TRUCK GROUP, LLC, Appellee

On Appeal from the 44th Judicial District Court, Dallas County, Texas Trial Court Cause No. DC-22-03591. Opinion delivered by Justice Reichek. Justices Partida-Kipness and Miskel participating.

In accordance with this Court's opinion of this date, we **SET ASIDE** the trial court's judgment without regard to the merits and **REMAND** the case to the trial court for rendition of a joint order of dismissal with prejudice of all of the parties' claims against one another.

We **ORDER** appellee Summit Truck Group, LLC recover its costs of this appeal from appellants BDR 2012 Holding Company, LLC, Roberts Truck Center, Ltd., and BDR Preferred Holdings, LLC.

Judgment entered August 11, 2023